UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL WAYNE BERRY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV2076 JCH |
| | ) | |
| DON ROPER, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER OF DISMISSAL**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Petitioner's Petition under

28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody is **DENIED**, and his

claims are **DISMISSED** with prejudice.

Dated this 21st day of July, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE